B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Eastern District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Elliott Manufacturing Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**94-0455670** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**2664 South Cherry Avenue**<br>**Fresno, CA**<br><div align="right">ZIP Code **93706**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Fresno** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. Box 11277**<br>**Fresno, CA**<br><div align="right">ZIP Code **93772**</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | **2664 South Cherry Avenue**<br>**Fresno, CA 93706** |

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Elliott Manufacturing Company, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ <br> Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):

**Elliott Manufacturing Company, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Peter L. Fear**
_____
Signature of Attorney for Debtor(s)

**Peter L. Fear 207238**
_____
Printed Name of Attorney for Debtor(s)

**Fear Law Group, P.C.**
_____
Firm Name

**7750 N. Fresno Street, Ste. 101**
**Fresno, CA 93720**
_____

_____
Address

                    **Email: pfear@fearlaw.com**
**559.436.6575  Fax: 559.436.6580**
_____
Telephone Number

**February  2, 2015**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Thomas E. Cole**
_____
Signature of Authorized Individual

**Thomas E. Cole**
_____
Printed Name of Authorized Individual

**CEO**
_____
Title of Authorized Individual

**February  2, 2015**
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re   **Elliott Manufacturing Company, Inc.**        Case No. _____

                                       Debtor(s)        Chapter      **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Applied Industrial Technologies** PO Box 100538 Pasadena, CA 91189 | **Applied Industrial Technologies** PO Box 100538 Pasadena, CA 91189 | | | **24,193.61** |
| **Automotive Industries Welfare Fund** PO Box 55516 Hayward, CA 94545 | **Automotive Industries Welfare Fund** PO Box 55516 Hayward, CA 94545 | | | **66,810.00** |
| **Bank of America** PO Box 15710 Wilmington, DE 19886 | **Bank of America** PO Box 15710 Wilmington, DE 19886 | | | **47,501.00** |
| **California State Board of Equalization Account Information Group MIC: 29** PO Box 942879 Sacramento, CA 94279-0029 | **California State Board of Equalization Account Information Group MIC: 29** PO Box 942879 Sacramento, CA 94279-0029 | | | **88,358.67** |
| **Employment Development Department Bankruptcy Special Procedures Group** PO Box 826880 MIC 92E Sacramento, CA 94280-0001 | **Employment Development Department Bankruptcy Special Procedures Group** PO Box 826880 MIC 92E Sacramento, CA 94280-0001 | | | **17,837.15** |
| **Excelsior Metals, Inc.** 2681 N. Business Park Fresno, CA 93727 | **Excelsior Metals, Inc.** 2681 N. Business Park Fresno, CA 93727 | | | **33,740.50** |
| **Gordon Industrial Supply Company** PO Box 11610 Fresno, CA 93774 | **Gordon Industrial Supply Company** PO Box 11610 Fresno, CA 93774 | | | **79,947.97** |
| **Iam National Pension** PO Box 791129 Baltimore, MD 21279-1129 | **Iam National Pension** PO Box 791129 Baltimore, MD 21279-1129 | | | **14,109.40** |
| **IRS** PO Box 7346 Philadelphia, PA 19101 | **IRS** PO Box 7346 Philadelphia, PA 19101 | | | **108,245.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **Elliott Manufacturing Company, Inc.**                         Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **J.G. Collum Co.**<br>**650 Woodland Ave**<br>**Morristown, NJ 07960** | **J.G. Collum Co.**<br>**650 Woodland Ave**<br>**Morristown, NJ 07960** | | | **13,040.00** |
| **Kearney's Mfg**<br>**PO Box 2926**<br>**Fresno, CA 93745-2926** | **Kearney's Mfg**<br>**PO Box 2926**<br>**Fresno, CA 93745-2926** | | | **29,158.34** |
| **Lehman's Manufacturing**<br>**4960 E. Jensen Ave.**<br>**Fresno, CA 93725** | **Lehman's Manufacturing**<br>**4960 E. Jensen Ave.**<br>**Fresno, CA 93725** | | | **24,668.81** |
| **Logistics U.S.A. Inc.**<br>**1116 Jasmine Dr.**<br>**Patterson, CA 95363** | **Logistics U.S.A. Inc.**<br>**1116 Jasmine Dr.**<br>**Patterson, CA 95363** | | | **79,806.23** |
| **Motion Industries, Inc.**<br>**File 57463**<br>**Los Angeles, CA 90074-7463** | **Motion Industries, Inc.**<br>**File 57463**<br>**Los Angeles, CA 90074-7463** | | | **25,918.66** |
| **Nordson Corp.**<br>**PO Box 802586**<br>**Chicago, IL 60680** | **Nordson Corp.**<br>**PO Box 802586**<br>**Chicago, IL 60680** | | | **52,506.71** |
| **Numatic Engineering**<br>**PO Box 17933**<br>**Los Angeles, CA 90017** | **Numatic Engineering**<br>**PO Box 17933**<br>**Los Angeles, CA 90017** | | | **14,476.84** |
| **Shenandoah Sales & Eng.**<br>**235 S. Hutching St.**<br>**Lodi, CA 95240** | **Shenandoah Sales & Eng.**<br>**235 S. Hutching St.**<br>**Lodi, CA 95240** | | | **13,910.00** |
| **Valley Iron, Inc.**<br>**PO Box 12024**<br>**Fresno, CA 93776-2024** | **Valley Iron, Inc.**<br>**PO Box 12024**<br>**Fresno, CA 93776-2024** | | | **17,819.41** |
| **Vicki Crow C.P.A**<br>**2281 Tulare St.**<br>**Hall of Records Room 105**<br>**PO Box 1192**<br>**Fresno, CA 93715** | **Vicki Crow C.P.A**<br>**2281 Tulare St.**<br>**Hall of Records Room 105**<br>**Fresno, CA 93715** | **2664 S. Cherry Property** | | **19,825.86** |
| **YP**<br>**PO Box 5021**<br>**Carol Stream, IL 60197-5081** | **YP**<br>**PO Box 5021**<br>**Carol Stream, IL 60197-5081** | | | **19,105.83** |

**B4 (Official Form 4) (12/07) - Cont.**

In re   **Elliott Manufacturing Company, Inc.**                       Case No. _____

                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February  2, 2015**                 Signature   **/s/ Thomas E. Cole** _____

                                                     **Thomas E. Cole**

                                                       **CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court

### Eastern District of California

In re     **Elliott Manufacturing Company, Inc.** _____ ,

                                         Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,001,200.00 | | |
| B - Personal Property | Yes | 4 | 675,118.63 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 842,216.35 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 264,318.18 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 32 | | 864,627.81 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 1,676,318.63 | | |
| Total Liabilities | | | | 1,971,162.34 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Eastern District of California

In re    **Elliott Manufacturing Company, Inc.**                ,    Case No. _____

                                        Debtor

Chapter _____ **11** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re  **Elliott Manufacturing Company, Inc.**                                    ,         Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Warehouse located at**<br>**2664 South Cherry**<br>**Fresno, CA 93706**<br><br>**APN 328-191-28** | | - | 1,000,000.00 | 306,508.35 |
| **Bare lot in a failed development.**<br>**Lot 27, block 2, Unit 2**<br>**County of Lake**<br>**Christmas Valley, Oregon** | | - | 600.00 | 0.00 |
| **Bare lot in a failed development.**<br>**2421 Dolphin Drive**<br>**Thermal, California 92272**<br>**Lot 8, Block 5, Tract 529**<br>**Imperial County, California**<br>**Salton Sea** | | - | 600.00 | 0.00 |

|  | Sub-Total > | **1,001,200.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **1,001,200.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Elliott Manufacturing Company, Inc.** ,  Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash and cashiers checks** | - | 67,183.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account ending in 7331 at California Bank & Trust 7060 North Fresno Street Fresno, California 93720** | - | 90.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Bond with PG&E 8110 Lorraine Avenue, Suite 403 Stockton, California 85210** | - | 13,560.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    80,833.00
(Total of this page)

____3____  continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re **Elliott Manufacturing Company, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See attached list of Accounts Receivable** | **-** | **216,316.63** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **216,316.63**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Elliott Manufacturing Company, Inc.**                                              ,     Case No. _____
                                                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2005 Cadillac DeVille, 4 door sedan, plate 5PZU361, 135,000 miles. | - | 3,308.00 |
| | | 2008 GMC Sierra 1500 W/T, plate 8R02014; extended cab, 4 door. | - | 8,152.00 |
| | | 2005 Ford F150/XL/XLT, plate 7W77870. Regular Cab 4 door. | - | 5,995.00 |
| | | 1993 Chevrolet S10/Tahoe, plate 4S79771. Regular cab, two door. | - | 1,164.00 |
| | | Specially Constructed Trailer, plate 4BX3791. | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | | 1986 Mooney Aircraft serial #25-1075 US registration number N305JT | - | 150,000.00 |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | See attached list from Gould's Auction & Appraisal Company | - | 209,350.00 |
| 30. Inventory. | | Inventory. | - | Unknown |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >     377,969.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Elliott Manufacturing Company, Inc.**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **675,118.63** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# Accounts Receivable

| Customer | Net Due |
| --- | --- |
| Algonquin Power Sanger | $4,532.88 |
| American Raisin Packers | $145.02 |
| Applied Industrial | $368.96 |
| Atlas Pacific | $1,026.72 |
| BP Lubricants USA, Inc. | $1,673.14 |
| California Ind. Rubber | $1,347.40 |
| Cash Sales - Credit | $153.99 |
| Chs Inc. | $16,832.10 |
| Color-Box | $4,361.55 |
| Community Hospital of | $494.56 |
| E.&J. Gallo Winery | $25,854.24 |
| Electric Motor Shop | $1,848.00 |
| GE Capital | $1,126.89 |
| Global Packaging System | $3,263.14 |
| Harris Ranch Beef, Co. | $2,111.04 |
| Iceland Seafood Corp | $158.47 |
| International Paper | $3,700.00 |
| International Paper | $9,596.29 |
| Kellogg Company | $72.09 |
| Lamb-Weston | $1,740.28 |
| Lamb-Weston, Inc. | $176.18 |
| Lamb-Weston/Conagra | $8,462.29 |
| Little Lady Foods | $961.60 |
| Little Lady Foods | $2,792.21 |
| Lyons Magnus | $5,824.29 |
| Massman Automation | $2,422.55 |
| Meyers Bros Well Drilling | $3,600.00 |
| Pacific Gas & Electric | $946.97 |
| Pack'r North America | $100,089.30 |
| Penny-Newman Grain Co. | $351.52 |
| Ripon Mfg. Co. | $866.76 |
| Schneider Electric | $974.03 |
| Sherwin-Williams Co. | $1,370.15 |
| Simplot Shared Services | $640.00 |
| Sun Date Co. | $1,682.41 |
| Sun Maid Growers of California | $300.00 |
| Sun Products Corp./ | $392.04 |
| Tessenderlo Kerley, Inc. | $500.00 |
| Thyssenkrupp Elevator | $955.40 |
| Turnupseed  Electric | $2,239.65 |
| Turtle & Hughes, Inc. | $178.32 |
| Vincor International | $184.20 |
| | |
| **Total** | **$216,316.63** |



**Gould Auction & Appraisal Company**

30602 Imperial Street
Shafter, CA 93263

Office/Fax (661) 746-0966
Res. (661) 746-1335

**Jerry A. Gould**

Mobile (661) 333-3040

*Member American Society Farm Equipment Appraisers*

| For: | Elliott Manufacturing | | | E - EXCELLENT | |
|---|---|---|---|---|---|
| | 2664 South Cherry | | | VG - VERY GOOD | |
| | Fresno, Calf. 93772 | | | G - GOOD | |
| | 559-233-6235 | | | F - FAIR | |
| | | | | P - POOR | |
| | DATE :1/14/15 | | | S - Scrap | |

| Item # | DESCRIPTION | Model # | Serial # | CONDITION | APPRAISED VALUE |
|---|---|---|---|---|---|
| | Appraisal as requested by Peter Fear | | | | |
| | Kearney & Trecker Lathe | | | F | $500.00 |
| | Shizuoka Machine | | | F | $250.00 |
| | (4) Lagun Deluxe Mill's @ $1000.00 | | | F | $4,000.00 |
| | Partner Mill | | | F | $2,500.00 |
| | Clausing Colchester 21" Lathe, Long Table | | | F | $3,500.00 |
| | Tarnow Lathe | | | F | $2,000.00 |
| | Milwauke Lathe | | | F | $1,000.00 |
| | Walker Smart Machine W/Blanchard | | | F | $2,500.00 |
| | Given Machinery Vertical Boring Mill | | | F | $1,750.00 |
| | Bulllard 3" Horizontal Boring Mill | | | F | $2,000.00 |
| | Key S. | | | F | $500.00 |
| | King Mill VBM 10' Chuck | | | F | $5,000.00 |
| | (4) Pedistol Grinders @ $100.00 = | | | F | $400.00 |
| | Fosdick Boring Machine | | | F | $1,500.00 |
| | (5) Miller Welders CP 300 @ $500.00 = | | | F | $1,500.00 |
| | Hobart Welder | | | F | $350.00 |
| | Linde Wire Feed Welder | | | F | $500.00 |
| | Master Cool Cooler | | | F | $150.00 |
| | Shop Tables | | | F | $1,000.00 |
| | Shop Heaters | | | F | $500.00 |
| | (2) Cutting Torch W/Cart, No Tanks | | | F | |
| | Lincoln Wire Feed Tig 355 @ | | | G | $2,000.00 |
| | Small Air Compressor | | | F | $150.00 |
| | Lincoln Idealarc Welder | | | F | $500.00 |
| | Miller 250 Amp Arc Welder | | | F | $500.00 |
| | Pedistol Grinder | | | F | $150.00 |
| | Cat LP Forklift | | | F | $1,500.00 |
| | (3) Miller Wire Feed Welders @ $1,000.00 | | | F | $3,000.00 |
| | Lincoln Wire Feed Welder | | | F | $800.00 |

| Item # | DESCRIPTION | Model # | Serial # | CONDITION | APPRAISED VALUE |
|---|---|---|---|---|---|
| | Lathe Lodge & Shipley | | | F | $1,000.00 |
| | Torit Lathe | | | F | $250.00 |
| | Uni Hydro Ironworker | | | F | $1,000.00 |
| | Walker Turner Drill Press | | | F | $150.00 |
| | Niles Lathe | | | F | $500.00 |
| | Cincinnati Lathe | | | F | $2,000.00 |
| | Powermatic Saw | | | F | $350.00 |
| | Hypertherm Machine | | | F | $1,500.00 |
| | Sander | | | F | $250.00 |
| | Sand Blaster | | | F | $350.00 |
| | Material W/Rack & Roller Tables | | | F | $1,500.00 |
| | W. F. Wells Band Saw | | | F | $1,000.00 |
| | Dake LE10A 10" Automatic Saw | | | F | $1,750.00 |
| | Ellis Saw | | | F | $1,000.00 |
| | Lehmann Lathe | | | F | $1,500.00 |
| | Victor Lathe 1660 | | | F | $2,000.00 |
| | Turnmaster 15x50 | | | F | $2,000.00 |
| | Colchester Lathe | | | F | $1,000.00 |
| | AFM Lathe | | | F | $1,500.00 |
| | Master Cool Cooler | | | F | $150.00 |
| | Cincinnati 24" Shaper Table | | | F | $1,000.00 |
| | Monarch Lathe | | | F | $2,000.00 |
| | Clausing Lathe | | | F | $2,000.00 |
| | Alta AC LP Forklift | | | F | $2,500.00 |
| | Carlton 4' 9" Col. | | | F | $2,000.00 |
| | Avey #2 DBL Drill | | | F | $1,000.00 |
| | (4) Walker Turner Pedistol Drills | | | F | $600.00 |
| | J & L Turret Laithe | | | F | $1,500.00 |
| | Warner & Swasey 2-A Lathe | | | F | $2,500.00 |
| | Clausing Colchester 2" Lathe @ | | | F | $2,500.00 |
| | Tool Room Contents | | | F | $5,000.00 |
| | Outside | | | | |
| | Yellow Frame | | | F | $500.00 |
| | Quincy Air Compressor | | | F | $2,500.00 |
| | Material & Steel Rack, Outside | | | F | $2,500.00 |
| | Yellow Press | | | F | $2,500.00 |
| | Grey Shear | | | F | $1,500.00 |
| | Bender | | | F | $1,000.00 |
| | White & Yellow Forklift | | | F | $2,500.00 |
| | (4) Containers | | | F | $4,000.00 |
| | Racks & Misc. Iron | | | F | $3,500.00 |
| | 1985 Mori Seiki Lathe Sly Model | | | F | $10,000.00 |
| | 1996 Haas IF-6 Milling Machine | | | | $15,000.00 |
| | 1994 Shizuoka B-10V Mill | | | | $12,500.00 |
| | 16' Wysong H5012 12' Shear | | | | $7,500.00 |
| | 16' Break | | | | $8,500.00 |
| | Lincoln Portable Welder | | | F | $500.00 |
| | TCM FD35 Forklift | | | F | $6,500.00 |
| | Large Paint Booth Air Compressor | | | F | $1,000.00 |
| | 99 Ford F-450 6C87644 Flat Bed | | | F | $3,500.00 |
| | Chevy 1500 1/2 Ton Pickup 6L39425 | | | F | $2,500.00 |
| | Cat 60 Forklift LP 7000 Hours | | | F | $3,000.00 |
| | (3) Boxing Machines, Cases, Parts & Pcs | | | G | $25,000.00 |
| | Show Model Sealer | | | G | $10,000.00 |
| | | | | | |
| | | | | TOTAL | $209,350.00 |

Attachment to Schedule B #29: Machinery, Fixtures, Equipment and Supplies Used in Business, Page 2 of 2

B6D (Official Form 6D) (12/07)

In re **Elliott Manufacturing Company, Inc.**, Case No. _____
                                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**California Bank & Trust Fresno Commercial Loans 7060 N. Fresno St. Fresno, CA 93720** | | - | **UCC-1: All inventory & accounts** <br><br> Value $ 141,828.00 | | | | 141,828.00 | 0.00 |
| Account No. <br><br>**Corporation Service Company 801 Adlai Stevenson Drive Springfield, IL 62703** | | - | **UCC-1: All inventory & accounts, surveillance system** <br><br> Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br>**Diligenz, Inc. 6500 Harbor Heights Parkway, Suite 400 Mukilteo, WA 98275** | | - | **Additional Notice for California Bank & Trust** <br><br> Value $ 0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br>**Gulf Coast Bank & Trust 1110 North Highway 190 Covington, LA 70433** | | - | **Additional Notice for Gulf Coast Warehouse located at 2664 South Cherry Fresno, CA 93706** <br><br>**APN 328-191-28** <br> Value $ 1,000,000.00 | | | | 0.00 | 0.00 |
| **1** continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 141,828.00 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re **Elliott Manufacturing Company, Inc.** ,                    Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | | |
| Account No. | | | | | Warehouse located at 2664 South Cherry Fresno, CA 93706 APN 328-191-28 | | | | | |
| Gulf Coast Bank & Trust Company 200 St. Charles Ave New Orleans, LA 70130 | X | - | | | | | | | | |
| | | | | | Value $              1,000,000.00 | | | | 306,508.35 | 0.00 |
| Account No. | | | | | 1986 Mooney Aircraft serial #25-1075 US registration number N305JT | | | | | |
| Mark G. Kaufmann 4640 East Mockingbird Lane Scottsdale, AZ 85253 | X | - | | | | | | | | |
| | | | | | Value $                150,000.00 | | | | 150,000.00 | 0.00 |
| Account No. | | | | | UCC-1: Stock Repurchase agreement dated 1/16/2013 | | | | | |
| San Joaquin Development Company Inc., Profit Sharing Plan PO Box 5198 Fresno, CA 93755 | | - | | | | | | | | |
| | | | | | Value $                200,000.00 | | | | 200,000.00 | 0.00 |
| Account No. | | | | | UCC-1: All inventory & accounts | | | | | |
| Thomas E. Cole, M.D. 4143 West Kelly Fresno, CA 93722 | | - | | | | | | | | |
| | | | | | Value $                 32,500.00 | | | | 32,500.00 | 0.00 |
| Account No. | | | | | UCC-1: All inventory & accounts | | | | | |
| Thomas E. Cole, M.D. 4143 West Kelly Fresno, CA 93722 | | - | | | | | | | | |
| | | | | | Value $                 11,380.00 | | | | 11,380.00 | 0.00 |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 700,388.35 | 0.00 |
| Total (Report on Summary of Schedules) | 842,216.35 | 0.00 |

B6E (Official Form 6E) (4/13)

.

In re   **Elliott Manufacturing Company, Inc.**                                                   ,   Case No. _____
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* _Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                                          **2**   continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re   **Elliott Manufacturing Company, Inc.**                    ,   Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx3405** <br><br> **California State Board of Equalization Account Information Group MIC: 29 PO Box 942879 Sacramento, CA 94279-0029** | - | | | | | | 88,358.67 | 73,334.99 <br><br> 15,023.68 |
| Account No. **xxx-xx955-5** <br><br> **Employment Development Department Bankruptcy Special Procedures Group PO Box 826880 MIC 92E Sacramento, CA 94280-0001** | - | | | | | | 6,154.52 | 0.00 <br><br> 6,154.52 |
| Account No. **xxx-xx955-5** <br><br> **Employment Development Department Bankruptcy Special Procedures Group PO Box 826880 MIC 92E Sacramento, CA 94280-0001** | - | | | | | | 17,837.15 | 0.00 <br><br> 17,837.15 |
| Account No. <br><br> **Fresno County Tax Collector PO Box 1247 Fresno, CA 93715** | - | | | | | | 11,862.86 | 0.00 <br><br> 11,862.86 |
| Account No. **xx-xxx5670** <br><br> **IRS PO Box 7346 Philadelphia, PA 19101** | - | | | | | | 108,245.00 | 0.00 <br><br> 108,245.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 73,334.99 |
|---|---|---|
| | (Total of this page) | 232,458.20 | 159,123.21 |

In re **Elliott Manufacturing Company, Inc.** , Case No. _____

_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. | | 2421 Dolphin Drive | | | | | | | | |
| Karen Vogel - Treasurer - Tax Collector 940 West Main Street, #106 El Centro, CA 92243 | - | | | | | | | 90.56 | 0.00 | 90.56 |
| Account No. **xxx x0193** | | Peronal Property Tax on Security Cameras | | | | | | | | |
| Vicki Crow C.P.A 2281 Tulare St. Hall of Records Room 105 PO Box 1192 Fresno, CA 93715 | - | | | | | | | 126.32 | 0.00 | 126.32 |
| Account No. **xxx-x91-28** | | 2013-14 Property Taxes | | | | | | | | |
| Vicki Crow C.P.A 2281 Tulare St. Hall of Records Room 105 PO Box 1192 Fresno, CA 93715 | - | | | | | | | 10,076.56 | 0.00 | 10,076.56 |
| Account No. **xxx-x0048** | | 2664 S. Cherry Property | | | | | | | | |
| Vicki Crow C.P.A 2281 Tulare St. Hall of Records Room 105 PO Box 1192 Fresno, CA 93715 | - | | | | | | | 19,825.86 | 0.00 | 19,825.86 |
| Account No. **xxx x0048** | | Aircraft - Sierra Sky Park | | | | | | | | |
| Vicki Crow C.P.A 2281 Tulare St. Hall of Records Room 105 PO Box 1192 Fresno, CA 93715 | - | | | | | | | 1,740.68 | 1,740.68 | 0.00 |

Sheet **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 31,859.98 | 1,740.68 30,119.30 |
| Total (Report on Summary of Schedules) | 264,318.18 | 75,075.67 189,242.51 |

B6F (Official Form 6F) (12/07)

In re   **Elliott Manufacturing Company, Inc.** _____ ,   Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| 3-D Fasteners Plus 1100 S. Grove Ave Suite F2-8 Ontario, CA 91761 | - | | | | | | 535.84 |
| Account No. | | | | | | | |
| ABF Freight Systems 330 S. Teilman Ave Fresno, CA 93706 | | | | | | | 810.76 |
| Account No. | | | | | | | |
| Ad-Venture Video Productions, Inc. 1809 North Helm, Suite 2 Fresno, CA 93727 | - | | | | | | 1,608.75 |
| Account No. | | | | | | | |
| All Valley Administrators, LLC 7525 North Cedar, Suite 109 Fresno, CA 93720 | - | | | | | | 2,710.00 |
| __31__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 5,665.35 |

B6F (Official Form 6F) (12/07) - Cont.

In re __**Elliott Manufacturing Company, Inc.**_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| All Valley Printing 340 W. Fallbrook Ave Suite 108 Fresno, CA 93711 | - | | | | | | 97.42 |
| Account No. | | | | | | | |
| Allied Electric 4690 E. Jensen Ave Fresno, CA 93725 | - | | | | | | 11,500.53 |
| Account No. | | | | | | | |
| Amec International Co., Inc. 1805 E. Francis St. Ontario, CA 91761 | - | | | | | | 1,666.83 |
| Account No. | | | | | | | |
| American Airlines, Inc. Department 24972-1 PO Box 100106 Pasadena, CA 91189 | - | | | | | | 3,798.20 |
| Account No. | | | | | | | |
| American Express Box 0001 Los Angeles, CA 90096 | - | | | | | | 11,301.00 |

Sheet no. __1___ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          28,363.98

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elliott Manufacturing Company, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Angels Office Supply**<br>**744 West Whitesbridge Avenue**<br>**Fresno, CA 93706** | - | | | | | | 64.92 |
| Account No. | | | | | | | |
| **Applied Industrial**<br>**Technologies**<br>**PO Box 100538**<br>**Pasadena, CA 91189** | - | | | | | | 24,193.61 |
| Account No. | | | | | | | |
| **Arctic Glacier Ice**<br>**1654 Marthaler Lane**<br>**Saint Paul, MN 55118** | - | | | | | | 38.64 |
| Account No. **xxxx-1479** | | | **Collector for Kearney Metals** | | | | |
| **Asset Collection, Inc.**<br>**10505 Southwest Barbur Boulevard,**<br>**#301**<br>**Portland, OR 97219** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Automotive Industries**<br>**Welfare Fund**<br>**PO Box 55516**<br>**Hayward, CA 94545** | - | | | | | | 66,810.00 |

Sheet no. __2__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      91,107.17

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elliott Manufacturing Company, Inc.**                          ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **B&B Fluid Power** <br> **410 S. Golden State Blvd** <br> **Turlock, CA 95380** | - | | | | | | 750.36 |
| Account No. <br><br> **B&B Surplus, Inc.** <br> **7020 Rosedale Boulevard** <br> **Bakersfield, CA 93308** | - | | | | | | 4,021.43 |
| Account No. <br><br> **Bank of America** <br> **PO Box 15710** <br> **Wilmington, DE 19886** | - | | | | | | 47,501.00 |
| Account No. <br><br> **Bank of America** <br> **PO Box 15796** <br> **Wilmington, DE 19888-5796** | - | | Additional notice for Bank of America | | | | 0.00 |
| Account No. <br><br> **Buchanan Automation** <br> **PO Box 1249** <br> **Snohomish, WA 98291** | - | | | | | | 8,782.28 |

Sheet no. __3___ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,055.07

B6F (Official Form 6F) (12/07) - Cont.

In re **Elliott Manufacturing Company, Inc.** ,                Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxx7919** | | | | **Collector for Central Freight** | | | | |
| **Caine & Weiner**<br>**9931 Corporate Campus Drive, #2200**<br>**Louisville, KY 40223** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **California Chamber of Commerce**<br>**PO Box 537016**<br>**Sacramento, CA 95853** | - | | | | | | | **649.00** |
| Account No. | | | | | | | | |
| **California Employers Association**<br>**1451 River Park Dr #116**<br>**Sacramento, CA 95815** | - | | | | | | | **1,346.25** |
| Account No. | | | | | | | | |
| **California Industrial Rubber Co.**<br>**PO Box 2456**<br>**Fresno, CA 93745** | - | | | | | | | **6,816.52** |
| Account No. | | | | | | | | |
| **California-Fresno Oil**<br>**3242 East Garrett Avenue**<br>**Fresno, CA 93706** | - | | | | | | | **402.69** |

Sheet no. __4__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **9,214.46**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elliott Manufacturing Company, Inc.**                                    ,          Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Canal 2000-Industrial 4517 Place Deziel Laval, QC H7T 0M7 Canada | | - | | | | | 9,890.50 |
| Account No. | | | | | | | |
| Caps Powder Coating 4460 South Chestnut Fresno, CA 93725 | | - | | | | | 3,239.00 |
| Account No. | | | | | | | |
| Carlyle Johnson Mach. PO Box 9546 Bolton, CT 06043-9546 | | - | | | | | 3,569.21 |
| Account No. | | | | | | | |
| Central Freight Lines PO Box 847084 Dallas, TX 75284 | | - | | | | | 860.19 |
| Account No. | | | | | | | |
| Central Supply Co. PO Box 1085 Fresno, CA 93714 | | - | | | | | 82.13 |

Sheet no. __5__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **17,641.03**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elliott Manufacturing Company, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Central Valley Culligan**<br>**2479 S.Orange Avenue**<br>**Fresno, CA 93725** | - | | | | | | 299.82 |
| Account No.<br><br>**Clayton Controls**<br>**PO Box 5002**<br>**Costa Mesa, CA 92628** | - | | | | | | 6,149.83 |
| Account No.<br><br>**Coast Tool Co.**<br>**PO Box 1774**<br>**San Leandro, CA 94577** | - | | | | | | 126.84 |
| Account No.<br><br>**Commercial Electro Plating Inc.**<br>**1937 S. Cherry Avenue**<br>**Fresno, CA 93721** | - | | | | | | 3,759.85 |
| Account No.<br><br>**Commercial Trade, Inc.**<br>**P.O. Box 10389**<br>**Bakersfield, CA 93389-0389** | - | | Additional notice for B&B Surplus | | | | 0.00 |

Sheet no. __6__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **10,336.34**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elliott Manufacturing Company, Inc.**                                    ,  Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| **Account No.** <br><br> **Con-Way Trans Services** <br> **PO Box 5160** <br> **Portland, OR 97208** | | - | | | | | | 3,747.38 |
| **Account No.** <br><br> **Consolidated Metal Fabricating Co. Inc.** <br> **PO Box 12064** <br> **Fresno, CA 93776** | | - | | | | | | 7,809.50 |
| **Account No.** **xx xxxx x0151** <br><br> **Credit Collection Service** <br> **PO Box 9134** <br> **Needham Heights, MA 02494-9134** | | - | | Collector for 21st Century Insurance | | | | 0.00 |
| **Account No.** <br><br> **Credit Managers Association** <br> **PO Box 7740** <br> **Burbank, CA 91510** | | - | | | | | | 248.04 |
| **Account No.** <br><br> **Custom Electric** <br> **340 West Birch Avenue** <br> **Clovis, CA 93611** | | - | | | | | | 2,000.00 |

Sheet no. __7__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **13,804.92**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elliott Manufacturing Company, Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Davis Engineering Co. PO Box 7888 Fresno, CA 93747 | - | | | | | | | 500.00 |
| Account No. | | | | | | | | |
| Dekka Industries, Inc. c/o Wexxar Packing, Inc. PO Box 73135 Cleveland, OH 44193 | - | | | | | | | 6,661.42 |
| Account No. | | | | | | | | |
| Dibuduo & Defendis Ins. PO Box 5479 Fresno, CA 93755 | - | | | | | | | 5,668.00 |
| Account No. **xxx1901** | | | | | | | | |
| Direct Capital 155 Commerce Way Portsmouth, NH 03801 | - | | | | | | | 212.17 |
| Account No. | | | | | | | | |
| Direct Distributing 2252 So. K Street Tulare, CA 93274 | - | | | | | | | 625.89 |

Sheet no. __8___ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **13,667.48**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elliott Manufacturing Company, Inc.** ,  Case No. _____
　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Edwards' Heat Treating** **642 McCormick Street** **San Leandro, CA 94577** | - | | | | | | | 106.41 |
| Account No. | | | | | | | | |
| **Electric Motor & Supply Co.** **PO Box 446** **Fresno, CA 93709** | - | | | | | | | 8,021.46 |
| Account No. | | | | | | | | |
| **Engravers, Inc.** **1018 San Jose Ave #101** **Clovis, CA 93612** | - | | | | | | | 210.00 |
| Account No. | | | | | | | | |
| **Ernest Packaging Solutions** **2825 S. Elm Ave Ste 103** **Fresno, CA 93706** | - | | | | | | | 283.44 |
| Account No. | | | | | | | | |
| **Excelsior Metals, Inc.** **2681 N. Business Park** **Fresno, CA 93727** | - | | | | | | | 33,740.50 |

Sheet no. __9__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **42,361.81**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elliott Manufacturing Company, Inc.**
                                                          , Case No. _____
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Express Services, Inc. PO Box 844277 Los Angeles, CA 90084-4277 | - | | | | | | | 9,248.32 |
| Account No. | | | | | | | | |
| Farmers Copper Ltd. PO Box 2649 Galveston, TX 77553 | - | | | | | | | 5,056.84 |
| Account No. | | | | | | | | |
| Fastenel Co. PO Box 978 Winona, MN 55987 | - | | | | | | | 2,043.66 |
| Account No. | | | | | | | | |
| Flairline Fluid/Air 32613 Folsom Farmington, MI 48336 | - | | | | | | | 2,936.10 |
| Account No. | | | | | | | | |
| Fresno Pipe & Supply PO Box 2760 Fresno, CA 93745 | - | | | | | | | 68.10 |

Sheet no. __10__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                       19,353.02

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elliott Manufacturing Company, Inc.**                          ,     Case No. _____
_____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Fresno Pump & Supply PO Box 11637 Fresno, CA 93774 | - | | | | | | | 572.32 |
| Account No. | | | | | | | | |
| GE Capital PO Box 31001-0273 Pasadena, CA 91110-0273 | - | | | | | | | 191.04 |
| Account No. | | | | Collection attorney for Pack Air, Inc. | | | | |
| Gill & Gill Attorneys and Counselors at Law 128 North Durkee Street Appleton, WI 54911 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Gordon Industrial Supply Company PO Box 11610 Fresno, CA 93774 | - | | | | | | | 79,947.97 |
| Account No. | | | | | | | | |
| Graybar Electric Co. File 57071 Los Angeles, CA 90074 | - | | | | | | | 8,673.24 |

Sheet no. __11__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **89,384.57**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elliott Manufacturing Company, Inc.**                            ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Hartford Steam Boiler Inspection & Insurance Company PO Box 21045 Chicago, IL 60673** | - | | | | | | | 30.00 |
| Account No. | | | | | | | | |
| **Holt Lumber, Inc. PO Box 1008 Fresno, CA 93714-1008** | - | | | | | | | 2,984.53 |
| Account No. | | | | | | | | |
| **Hydraulic Controls, Inc. PO Box 8157 Emeryville, CA 94662** | - | | | | | | | 228.73 |
| Account No. | | | | | | | | |
| **Iam National Pension PO Box 791129 Baltimore, MD 21279-1129** | - | | | | | | | 14,109.40 |
| Account No. | | | | | | | | |
| **Ideal Saw Works 351 "O" Street Fresno, CA 93721** | - | | | | | | | 14.33 |

Sheet no. __12__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **17,366.99**

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elliott Manufacturing Company, Inc.**                                    ,      Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **IFM Efector, Inc.** <br> **PO Box 8538-307** <br> **Philadelphia, PA 19171-0307** | - | | | | | | 222.93 |
| Account No. <br><br> **Igus** <br> **PO Box 14349** <br> **East Providence, RI 02914** | - | | | | | | 401.97 |
| Account No. <br><br> **Industrial Caster & Wheel Co.** <br> **2200 Carden Street** <br> **San Leandro, CA 94577** | - | | | | | | 279.60 |
| Account No. **xx2743** <br><br> **Ingold Law** <br> **5555 Main Street** <br> **Williamsville, NY 14221** | - | | Collection attorney for Radiac Abrasives | | | | 0.00 |
| Account No. <br><br> **Intralox, Inc.** <br> **PO Box 730367** <br> **Dallas, TX 75373-0367** | - | | | | | | 1,427.76 |

Sheet no. __13__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,332.26

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elliott Manufacturing Company, Inc.**                                    ,     Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Iris Electronics**<br>**549 Leisure St.**<br>**Livermore, CA 94551** | - | | | | | | **1,110.21** |
| Account No. | | | | | | | |
| **Italvibras G. Silingard**<br>**4940 Vans Way**<br>**Princeton, IL 61356** | - | | | | | | **11,663.86** |
| Account No. | | | | | | | |
| **J.G. Collum Co.**<br>**650 Woodland Ave**<br>**Morristown, NJ 07960** | - | | | | | | **13,040.00** |
| Account No. | | | **Lawsuit against debtor in Ohio** | | | | |
| **J.M. Smucker, LLP**<br>**c/o Tucker Ellis LLP**<br>**950 Main Avenue, Ste. 1100**<br>**Cleveland, OH 44113** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **JC Automation**<br>**981 Meadows View Road**<br>**Hanford, CA 93230** | - | | | | | | **7,692.00** |

Sheet no. __14__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,506.07**

In re  **Elliott Manufacturing Company, Inc.**                                   ,      Case No. _____
_____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Jerry's Tire Shop** <br>**2890 Lincoln Ave.** <br>**Clovis, CA 93611** | - | | | | | | 1,251.79 |
| Account No. <br><br>**Joe's Battery Service** <br>**2485 S. Cherry Ave.** <br>**Fresno, CA 93706** | - | | | | | | 82.20 |
| Account No. <br><br>**Johnston Industrial Supply Co.** <br>**PO Box 209** <br>**Fresno, CA 93708** | - | | | | | | 4,920.37 |
| Account No. <br><br>**Kearney's Mfg** <br>**PO Box 2926** <br>**Fresno, CA 93745-2926** | - | | | | | | 29,158.34 |
| Account No. <br><br>**Lehman's Manufacturing** <br>**4960 E. Jensen Ave.** <br>**Fresno, CA 93725** | - | | | | | | 24,668.81 |

Sheet no. __15__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                60,081.51

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elliott Manufacturing Company, Inc.**                    ,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Len's Crafters** <br> **14963 Collections Center Drive** <br> **Chicago, IL 60693** | | - | | | | | | 56.00 |
| Account No. <br><br> **Lodi Iron Works, Inc.** <br> **PO Box 1150** <br> **Lodi, CA 95241-1150** | | - | | | | | | 5,580.22 |
| Account No. <br><br> **Logistics U.S.A. Inc.** <br> **1116 Jasmine Dr.** <br> **Patterson, CA 95363** | | - | | | | | | 79,806.23 |
| Account No. <br><br> **Martin Sprocket & Gear** <br> **PO Box 974066** <br> **Dallas, TX 75397-4066** | | - | | | | | | 6,976.98 |
| Account No. **xxxx2729** <br><br> **McCarthy, Burgess & Wolff** <br> **The MB&W Building** <br> **26000 Cannon Road** <br> **Cleveland, OH 44146** | | - | | **Collection attorney for Uline** | | | | 0.00 |

Sheet no. __16__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **92,419.43**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elliott Manufacturing Company, Inc.**                                    ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **McMaster-Carr Supply** **PO Box 7690** **Chicago, IL 60680** | | - | | | | | 854.67 |
| Account No. | | | Additional notice for McMaster-Carr | | | | |
| **McMaster-Carr Supply Co** **Ms. Linda Scherck** **P.O. Box 3527** **Santa Fe Springs, CA 90670-1527** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Melo's Gas & Gear** **4580 State Road** **Bakersfield, CA 93308** | | - | | | | | 5,087.40 |
| Account No. | | | | | | | |
| **Mid-Valley Distributor** **3886 East Jensen Ave** **Fresno, CA 93725** | | - | | | | | 2,299.27 |
| Account No. | | | | | | | |
| **Minarik Corporation** **62303 Collections Center Drive** **Chicago, IL 60693-0623** | | - | | | | | 184.36 |

Sheet no. __17__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,425.70

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elliott Manufacturing Company, Inc.**                              ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Mission Uniform Service** 520 East Mineral King Visalia, CA 93292-6921 | - | | | | | | 298.85 |
| Account No. **Motion Industries, Inc.** File 57463 Los Angeles, CA 90074-7463 | - | | | | | | 25,918.66 |
| Account No. **MSC Industrial Supply** Dept Ch 0075 Palatine, IL 60055 | - | | | | | | 183.86 |
| Account No. **Nercon Eng. & Mfg., Inc.** 600 South Commercial Street Neenah, WI 54956 | - | | | | | | 9,068.57 |
| Account No. **Newby Rubber, Inc.** 320 Industrial St. Bakersfield, CA 93307 | - | | | | | | 1,149.25 |

Sheet no. __18__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **36,619.19**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elliott Manufacturing Company, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Nordson Corp. PO Box 802586 Chicago, IL 60680 | - | | | | | | | 52,506.71 |
| Account No. | | | | | | | | |
| Numatic Engineering PO Box 17933 Los Angeles, CA 90017 | - | | | | | | | 14,476.84 |
| Account No. | | | | | | | | |
| Occupational Health PO Box 3700 Rancho Cucamonga, CA 91729 | - | | | | | | | 75.00 |
| Account No. | | | | | | | | |
| Oli Vibrator USA 4070 Buford Hwy Ste 5 Duluth, GA 30096 | - | | | | | | | 1,132.00 |
| Account No. | | | | | | | | |
| Onvio Summit Fin Resources PO Box 842925 Boston, MA 02284-2925 | - | | | | | | | 1,842.99 |

Sheet no. __19__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    70,033.54

B6F (Official Form 6F) (12/07) - Cont.

In re __**Elliott Manufacturing Company, Inc.**_____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Pacific Coast Anodize** **PO Box 4635** **Fresno, CA 93744** | - | | | | | | | 320.00 |
| Account No. | | | | | | | | |
| **Pack Air, Inc.** **449 South Green Bay Road** **Neenah, WI 54956** | - | | | | | | | 8,631.74 |
| Account No. | | | | Additional Notice for Packaging Machinery Systems | | | | |
| **Packaging Machinery Services** **4217 East Jefferson** **Fresno, CA 93725** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Packaging Machinery Systems** **PO Box 321372** **Flowood, MS 39232-1272** | - | | | | | | | 12,610.50 |
| Account No. | | | | | | | | |
| **Pitney Bowes Purchase Power** **PO Box 371874** **Pittsburgh, PA 15250** | - | | | | | | | 38.68 |

Sheet no. __**20**__ of __**31**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **21,600.92**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elliott Manufacturing Company, Inc.**                                    ,     Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Pitney Bowes, Inc.** <br> **PO Box 371887** <br> **Pittsburgh, PA 15250** | - | | | | | | 78.54 |
| Account No. <br><br> **Pneumatic Plus** <br> **4733 Torrance Blvd Suite 902** <br> **Torrance, CA 90503** | - | | | | | | 275.23 |
| Account No. <br><br> **Production Services, Co.** <br> **PO Box 155** <br> **5210 S. Portola Ave** <br> **Del Rey, CA 93616** | - | | | | | | 6,937.05 |
| Account No. <br><br> **Radiac West** <br> **3037 Momentum Place** <br> **Chicago, IL 60689** | - | | | | | | 975.49 |
| Account No. **xxx1900** <br><br> **Receivable Management Services Corp.** <br> **4836 Brecksville Road** <br> **P.O. Box 498** <br> **Richfield, OH 44286** | - | | Collector for McMaster-Carr Supply Co. | | | | 0.00 |

Sheet no. __21__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 8,266.31 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elliott Manufacturing Company, Inc.** ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Red Triangle Oil Co. PO Box 2625 Fresno, CA 93745 | - | | | | | | | 392.28 |
| Account No. | | | | | | | | |
| Ro's Powder Coating 1816-1830 Industrial Way Sanger, CA 93657 | - | | | | | | | 2,100.00 |
| Account No. | | | | | | | | |
| Robert A. Davis, CPA, Inc. 7475 N. First St. #102 Fresno, CA 93720 | - | | | | | | | 1,880.00 |
| Account No. | | | | | | | | |
| Rolled Alloys Dept. #3390` PO Box 67000 Detroit, MI 48267-0339 | - | | | | | | | 1,243.92 |
| Account No. | | | | | | | | |
| Ryder Transportation Services Lockbox File 56347 Los Angeles, CA 90074 | - | | | | | | | 186.10 |

Sheet no. __22__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      5,802.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **Elliott Manufacturing Company, Inc.**                                    ,          Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **S&S Metal Fabrication** **981 - 6th Ave. Dr.** **Kingsburg, CA 93631** | - | | | | | | 7,587.50 |
| Account No. | | | | | | | |
| **Sabic Polymershapes** **24482 Network Place** **Chicago, IL 60673** | - | | | | | | 1,736.38 |
| Account No. | | | | | | | |
| **Shell Oil Company** **PO Box 183019** **Columbus, OH 43218** | - | | | | | | 854.12 |
| Account No. | | | | | | | |
| **Shenandoah Sales & Eng.** **235 S. Hutching St.** **Lodi, CA 95240** | - | | | | | | 13,910.00 |
| Account No. | | | Collector and attorney | | | | |
| **Source Group, LLC** **c/o Neal Eckel** **Durazzo, Eckel & Hawkins, P.C.** **45 North Tuscon Boulevard** **Tucson, AZ 85716** | - | | | | | | 0.00 |

Sheet no. __23__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 24,088.00 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elliott Manufacturing Company, Inc.**                                          ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Speco, Inc.** **3946 Willow Rd.** **Schiller Park, IL 60176** | - | | | | | | 1,397.17 |
| Account No. | | | | | | | |
| **Spraying Systems Co.** **PO Box 95564** **Chicago, IL 60694** | - | | | | | | 178.64 |
| Account No. | | | | | | | |
| **Staples Advantage** **Dept LA** **PO Box 83689** **Chicago, IL 60696** | - | | | | | | 937.72 |
| Account No. | | | | | | | |
| **Steel Services** **5637 District Boulevard** **Los Angeles, CA 90040** | - | | | | | | 3,155.00 |
| Account No. | | | | | | | |
| **Sterling Electric** **16762 Armstrong Ave** **Irvine, CA 92606** | - | | | | | | 5,600.00 |

Sheet no. __24__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,268.53

Case 15-10366    Filed 02/02/15    Doc 1

In re  **Elliott Manufacturing Company, Inc.** ,        Case No. _____

<div align="center">Debtor</div>

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
<div align="center">(Continuation Sheet)</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Stock Drive Products 2101 Jerico Turnpike New Hyde Park, NY 11042-5416** | - | | | | | | 214.89 |
| Account No. <br><br>**Stockton Rubber Mfg. PO Box 639 5023 N. Flood Road Linden, CA 95236** | - | | | | | | 2,314.00 |
| Account No. xxxxx0598 <br><br>**Synter Resource Group, LLC P.O. Box 63247 5935 Rivers Avenue, Suite 102 North Charleston, SC 29419-3247** | - | | Colllector for YRC Freight : 2NDS | | | | 0.00 |
| Account No. <br><br>**Team Tube PO Box 806 Kent, WA 98035** | - | | | | | | 1,174.98 |
| Account No. <br><br>**Teco Pneumatic PO Box 1809 Pleasanton, CA 94566** | - | | | | | | 335.98 |

Sheet no. __25__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">Subtotal<br>(Total of this page)</div>

| | |
|---|---|
| | 4,039.85 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elliott Manufacturing Company, Inc.**                        ,        Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Ted L. Rausch Co. PO Box 1397 Burlingame, CA 94011 | - | | | | | | | 8,586.90 |
| Account No. | | | | | | | | |
| Toshiba Financial Services PO Box 31001-0271 Pasadena, CA 91110-0271 | - | | | | | | | 207.71 |
| Account No. | | | | | | | | |
| Totlcom, Inc. 65 Hanger Way Watsonville, CA 95076 | - | | | | | | | 493.92 |
| Account No. **xxxx8173** | | | | | | | | |
| Transatlantic Translations 411 Theodore Fremd Avenue Rye, NY 10580 | - | | | | | | | 238.93 |
| Account No. | | | | | | | | |
| Turner Security System 120 West Shields Ave Fresno, CA 93705 | - | | | | | | | 180.00 |

Sheet no. __26__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **9,707.46**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elliott Manufacturing Company, Inc.** ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| TW Telecom PO Box 172567 Denver, CO 80217 | - | | | | | | | 780.53 |
| Account No. | | | | | | | | |
| Uline 2200 S. Lakeside Dr. Waukegan, IL 60085 | - | | | | | | | 330.69 |
| Account No. | | | | | | | | |
| Underwriters Labs, Inc. PO Box 75330 Chicago, IL 60675 | - | | | | | | | 2,038.00 |
| Account No. | | | | | | | | |
| Unipac Supply, Inc. PO Box 2407 Fallbrook, CA 92088 | - | | | | | | | 266.63 |
| Account No. | | | | | | | | |
| United Parcel Service PO Box 894820 Los Angeles, CA 90189 | - | | | | | | | 22.60 |

Sheet no. __27__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,438.45

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elliott Manufacturing Company, Inc.**                                    ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| United Sales Dist., Inc. 85 Morganton Ind. Pk Morganton, GA 30560 | - | | | | | | 147.64 |
| Account No. | | | | | | | |
| United Western Ind. 3515 North Hazel Fresno, CA 93722 | - | | | | | | 1,280.00 |
| Account No. | | | | | | | |
| Unum Life Insurance Company of America PO Box 406946 Atlanta, GA 30384-6996 | - | | | | | | 1,175.99 |
| Account No. | | | | | | | |
| UPS Frieght PO Box 730900 Dallas, TX 75373-0900 | - | | | | | | 101.68 |
| Account No. | | | | | | | |
| Valley Controls, Inc. PO Box 1205 Reedley, CA 93654 | - | | | | | | 3,800.00 |

Sheet no. __28__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,505.31

B6F (Official Form 6F) (12/07) - Cont.

In re    **Elliott Manufacturing Company, Inc.**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Valley Iron, Inc.** PO Box 12024 Fresno, CA 93776-2024 | - | | | | | | 17,819.41 |
| Account No. **Valley Welding & Machine Works** PO Box 2455 Fresno, CA 93745 | - | | | | | | 1,388.34 |
| Account No. **Verizon Wireless** PO Box 26055 Minneapolis, MN 55426 | - | | | | | | 1,047.96 |
| Account No. **Visible** PO Box 932721 Cleveland, OH 44193 | - | | | | | | 141.59 |
| Account No. **Wild, Carter & Tipton** A Professional Corporation 246 West Shaw Ave Fresno, CA 93704 | - | | Legal Services | | | | 5,963.12 |

Sheet no. __29__ of __31__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                26,360.42

B6F (Official Form 6F) (12/07) - Cont.

In re __Elliott Manufacturing Company, Inc._____,    Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Xpedx** 3700 West 1987 South Salt Lake City, UT 84104 | - | | | | | | 202.29 |
| Account No. **YP** PO Box 5021 Carol Stream, IL 60197-5081 | - | | | | | | 19,105.83 |
| Account No. xxxxxxxxx-x0802 **YP** P.O. Box 500452 Saint Louis, MO 63150-0452 | - | | Additional notice for YP | | | | 0.00 |
| Account No. **YRC Freight** PO Box 100129 Pasadena, CA 91189-0129 | - | | | | | | 814.37 |
| Account No. **Zee Medical Service** 4221 W. Sierra Madre #104 Fresno, CA 93722 | - | | | | | | 301.95 |

Sheet no. __30__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        20,424.44

B6F (Official Form 6F) (12/07) - Cont.

In re   **Elliott Manufacturing Company, Inc.** ,   Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | | | | | |
| **Zoom Imaging Solutions** **200 South Harding Boulevard** **Roseville, CA 95678** | | | | | | | | 385.93 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __31__ of __31__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 385.93 |
| Total (Report on Summary of Schedules) | 864,627.81 |

B6G (Official Form 6G) (12/07)

.

In re   **Elliott Manufacturing Company, Inc.**                                                 ,        Case No. _____
                                                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **General Electric Capital Corporation**<br>**1961 Hirst Drive**<br>**Moberly, MO 65270** | **Lease for Toshiba printer.**<br>**Monthly payment of $176.52 for 63 months beginning in February, 2014.** |
| **Massmann Automation Designs, LLC**<br>**P.O. Box 84**<br>**1010 East Lake Street**<br>**Villard, MN 56385** | **Subcontractor operating packaging business** |
| **Michael Automotive Center**<br>**P.O. Box 5419**<br>**Fresno, CA 93755-5419** | **Lease for a 2013 Volswagen Passat, VIN WVWBP7AN7DE510992.**<br>**Monthly payment of $367.73 for 35 months, beginning September 4, 2012.** |
| **Pitney Bowes**<br>**225 American Drive**<br>**Neenah, WI 54956-1005** | **Lease for a postage machine.**<br>**Quarterly payment of$675.00.** |
| **VW Credit Leasing LTD**<br>**1401 Franklin Boulevard**<br>**Libertyville, IL 60048** | **Additional notice for lease with Michael Automotive** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re  **Elliott Manufacturing Company, Inc.**                                    ,        Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Thomas E. Cole, M.D.**<br>**4143 West Kelly**<br>**Fresno, CA 93722** | **Gulf Coast Bank & Trust Company**<br>**200 St. Charles Ave**<br>**New Orleans, LA 70130** |
| **Thomas E. Cole, M.D.**<br>**4143 West Kelly**<br>**Fresno, CA 93722** | **Mark G. Kaufmann**<br>**4640 East Mockingbird Lane**<br>**Scottsdale, AZ 85253** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of California

In re **Elliott Manufacturing Company, Inc.**
Debtor(s)

Case No. _____
Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __46__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **February  2, 2015**

Signature **/s/ Thomas E. Cole**
**Thomas E. Cole**
**CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Eastern District of California

In re    **Elliott Manufacturing Company, Inc.**        Case No. _____

                     Debtor(s)        Chapter    **11** _____

# STATEMENT OF FINANCIAL AFFAIRS

       This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

       Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

       *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

       *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$66,242.24** | **2015 - year-to-date gross income** |
| **$3,156,053.00** | **2014 - gross income** |
| **$5,043,140.00** | **2013 - gross income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

       AMOUNT                    SOURCE

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

   a.   *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
☐

   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Gulf Coast Bank & Trust Company**<br>**200 St. Charles Ave**<br>**New Orleans, LA 70130** | **November 17, 2014 -**<br>**$3,957.04**<br>**December 15, 2014 -**<br>**$3,957.04** | **$7,914.08** | **$306,508.35** |
| **California Bank & Trust**<br>**Fresno Commercial Loans**<br>**7060 N. Fresno St.**<br>**Fresno, CA 93720** | **November 17, 2014 - $ 2,286.16**<br>**November 21, 2014 -**<br>**$4,381.22**<br>**December 15, 2014 -**<br>**$6,667.38**<br>**January 12, 2015 - $6,667.38** | **$20,002.14** | **$141,828.00** |
| **Dibuduo & Defendis Ins.**<br>**PO Box 5479**<br>**Fresno, CA 93755** | **November 4, 2014 - $24,734** | **$24,734.00** | **$5,668.00** |

None
☐

   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| **Thomas E. Cole, M.D.**<br>**4143 West Kelly**<br>**Fresno, CA 93722**<br>   **President** | **Funds went to secured creditor M. Kaufmann:**<br>**February 7, 2014 - $600.00**<br>**March 14, 2014 - $600.00**<br>**April 14, 2014 - $600.00**<br>**May 14, 2014 - $600.00**<br>**June 14, 2014 - $600.00**<br>**November 3, 2014 -**<br>**$2,000.00**<br>**December 16, 2014 -**<br>**$1,000.00** | **$6,000.00** | **$146,000.00** |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

---

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Commercial Trade, Inc. v. Elliott Manufacturing Company, Inc.**<br>**Case Number: 14CECD03618** | **Civil** | **Superior Court of California, County of Fresno**<br>**1130 O Street**<br>**Fresno, California 93724** | **Pending** |
| **Source Group, LLC v. Elliott Manufacturing, Inc.**<br>**Case Number: CV14027433** | **Civil** | **Pima County Consolidated Justice Court**<br>**160 North Stone Avenue**<br>**Tuscon, Arizona 85701** | **Pending** |
| **Logistics U.S.A., Inc. v. Elliott Manufacturing Co., Inc.**<br>**Case Number: 14 CE CG 03712** | **Civil** | **Fresno Superior Court** | **Pending** |
| **Smuckers v. Elliot**<br>**Case Number: 2014 CVC-H 000212** | **Civil** | **Ohio** | **Pending** |
| **LBF Enterprises v. Elliott Manufacturing Company, Inc.**<br>**Case Number: 13CECL09954** | **Civil** | **Superior Court of California, County of Fresno** | **Dismissed** |

None
☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **California State Board of Equalization**<br>**Account Information Group MIC: 29**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0029** | **January 29, 2015** | **$14,785.07** |
| **California State Board of Equalization**<br>**Account Information Group MIC: 29**<br>**PO Box 942879**<br>**Sacramento, CA 94279-0029** | **January 29, 2015** | **$100.00** |

---

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Fear Law Group, P.C.**<br>**7750 N. Fresno Street, Ste. 101**<br>**Fresno, CA 93720** | **Prior to filing** | **See 2016(b) statement** |
| **Credit Managers Association**<br>**PO Box 7740**<br>**Burbank, CA 91510** | **October 31, 2014 - $1,500.00**<br>**December 11, 2014 - $1,500.00** | **$3,000.00** |
| **Segal, Cohan & Landis** | **October 31, 2014** | **$3,000.00** |

**10. Other transfers**

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                           NAME USED                                           DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|

None ■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None □

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|------|------|
| **Robert Davis, CPA**<br>**7475 North 1st Street, #102**<br>**Fresno, CA 93720** | **Current CPA Services** |
| **Anita Summers**<br>**P.O. Box 11277**<br>**Fresno, CA 93772** | **Current in-house bookkeeper** |

None □

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|------|------|
| **Robert Davis, CPA** | **7475 North 1st Street, #102**<br>**Fresno, CA 93720** | **Current CPA Services** |

None ■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ☐    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Gulf Coast Bank & Trust Company**<br>**200 St. Charles Ave**<br>**New Orleans, LA 70130** | **Yearly** |
| **California Bank & Trust**<br>**Fresno Commercial Loans**<br>**7060 N. Fresno St.**<br>**Fresno, CA 93720** | **Yearly** |

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **2008** | **Patty Cook** | **$1,072,617.00** |
| **2007** | **Patty Cook** | **Unable to locate** |

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **2008** | **Maria Gomez**<br>**2664 South Cherry Avenue**<br>**Fresno, CA 93706** |
| **2007** | **Maria Gomez**<br>**2664 South Cherry Avenue**<br>**Fresno, CA 93706** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Thomas E. Cole, M.D.**<br>**4143 West Kelly**<br>**Fresno, CA 93722** | **CEO** | **96.3 Shares** |
| **Sarah R. Cole**<br>**2664 South Cherry Avenue**<br>**Fresno, CA 93706** | **Director** | **31.3 Shares** |
| **Richard Cole**<br>**2664 South Cherry Avenue**<br>**Fresno, CA 93706** | **Stockholder** | **31.3 Shares** |

B7 (Official Form 7) (04/13)                                                                                                                    9

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|---------------------|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|----------------------|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Jeannie Cole** | **Monthly Salary** | **$65,000.00 for the last year** |
| **Director of Corporation, wife of Thomas Cole** | | |
| **Richard Cole**<br>**2664 South Cherry Avenue**<br>**Fresno, CA 93706**<br>   **Shareholder, Marketing Director, Son of**<br>**Thomas Cole** | **Monthly Salary** | **$40,000.00 for the last year** |

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------------|---------------------------------------|

---

**25. Pension Funds.**

None
☐    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|----------------------|---------------------------------------|
| **Elliot Manuracuring Company, Inc. 401K Profit Sharing Trust** | **94-0455670** |

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

B7 (Official Form 7) (04/13)                                                                                              10

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __February  2, 2015_____                Signature    **/s/ Thomas E. Cole**_____
                                                               **Thomas E. Cole**
                                                               **CEO**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Eastern District of California

In re   **Elliott Manufacturing Company, Inc.**                Case No.

                                         Debtor(s)           Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For pre-petition legal services, I have agreed to accept | $ | **14,220.49** |
| Prior to the filing of this statement I have received | $ | **14,220.49** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

     ☒ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ☒ Debtor    ☐ Other (specify):   **Debtor provided me with a $40,000 retainer. Of this amount, $1,000 was used pre-petition to pay for an appraisal of equipment of Debtor. And $14,220.49 was used to pay for pre-filing attorney fees and expenses (including the court filing fee). Leaving a retainer balance of $24,779.51, which I am currently holding in my attorney-client trust account.**

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February  2, 2015**                    **/s/ Peter L. Fear**

                                                   **Peter L. Fear 207238**
                                                     **Fear Law Group, P.C.**
                                                       **7750 N. Fresno Street, Ste. 101**
                                                    **Fresno, CA 93720**
                                                    **559.436.6575  Fax: 559.436.6580**
                                                      **pfear@fearlaw.com**

# United States Bankruptcy Court

## Eastern District of California

In re **Elliott Manufacturing Company, Inc.** ,

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Richard Cole**<br>**2664 South Cherry Avenue**<br>**Fresno, CA 93706** | **31.3 shares** | | |
| **Sarah R. Cole**<br>**2664 South Cherry Avenue**<br>**Fresno, CA 93706** | **31.3 shares** | | |
| **Thomas E. Cole, M.D.**<br>**4143 West Kelly**<br>**Fresno, CA 93722** | **96.3 shares** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **February 2, 2015**

Signature **/s/ Thomas E. Cole**

**Thomas E. Cole**
**CEO**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of California

In re   __Elliott Manufacturing Company, Inc.__                             Case No. _____
                                          Debtor(s)        Chapter    __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __Elliott Manufacturing Company, Inc.__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__February  2, 2015__
Date

__/s/ Peter L. Fear__
__Peter L. Fear 207238__
Signature of Attorney or Litigant
Counsel for   __Elliott Manufacturing Company, Inc.__
__Fear Law Group, P.C.__
__7750 N. Fresno Street, Ste. 101__
__Fresno, CA 93720__
__559.436.6575 Fax:559.436.6580__
__pfear@fearlaw.com__

# United States Bankruptcy Court
## Eastern District of California

In re    **Elliott Manufacturing Company, Inc.**
Debtor(s)

Case No.
Chapter    **11**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**  (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

| | | |
|---|---|---|
| 1. Gross Income For 12 Months Prior to Filing: | $ | **3,156,053.20** |

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

| | | |
|---|---|---|
| 2. Gross Monthly Income | $ | **106,917.00** |

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ | **35,811.27** |
| 4. Payroll Taxes | | **14,800.00** |
| 5. Unemployment Taxes | | **0.00** |
| 6. Worker's Compensation | | **3,806.00** |
| 7. Other Taxes | | **1,719.15** |
| 8. Inventory Purchases (Including raw materials) | | **0.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | **0.00** |
| 10. Rent (Other than debtor's principal residence) | | **10,624.42** |
| 11. Utilities | | **5,274.64** |
| 12. Office Expenses and Supplies | | **4,655.88** |
| 13. Repairs and Maintenance | | **0.00** |
| 14. Vehicle Expenses | | **0.00** |
| 15. Travel and Entertainment | | **0.00** |
| 16. Equipment Rental and Leases | | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | | **0.00** |
| 18. Insurance | | **5,668.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | **14,648.56** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

| | | |
|---|---|---|
| 22. Total Monthly Expenses (Add items 3-21) | $ | **97,007.92** |

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

| | | |
|---|---|---|
| 23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) | $ | **9,909.08** |